FILED
2018 Sep-04 PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CLIFTON L. JONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 6:15-cv-01610-ACA-SGC |
| STATE OF ALABAMA, et al., | ) ) ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

This is an action on a petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 by Clifton L. Jones, a state prisoner proceeding *pro se*. On August 9, 2018, the magistrate judge entered a report recommending the petition be denied as procedurally defaulted. (Doc. 13). Although the petitioner was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied as procedurally defaulted and this matter is due to be dismissed.

A separate order will be entered.

The Clerk is **DIRECTED** to serve a copy of this memorandum opinion on the petitioner and on counsel of record.

**DONE** and **ORDERED** this September 4, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE